1

2

3

4

5

6

7

8                                  IN THE UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAMPSON FRANCISCO HERNANDEZ,                    1:09-cv-01416-DLB (HC)

12                 Petitioner,                       ORDER GRANTING MOTION
                                                     TO PROCEED IN FORMA PAUPERIS
13          vs.
                                                     (DOCUMENT #3)
14   KEN CLARK,

15                 Respondent.
                                                 /
16

17          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19          Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22   See 28 U.S.C. § 1915.

23

24          IT IS SO ORDERED.

25          Dated:    **August 25, 2009**              _____ **/s/ Dennis L. Beck**_____
                                                     UNITED STATES MAGISTRATE JUDGE
26

27

28